**Order entered August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00154-CR

## THE STATE OF TEXAS, Appellant

### V.

## TERRANCE GERMAINE WILKINS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-62224-X**

## ORDER

The appellate record reflects that the State may have tendered notes to the court under seal. The record also reflects that the court may have conducted a pretrial hearing on or about May 11, 2011. Neither the notes nor the transcript of the hearing, if any, appear in our record.

The trial court is **ORDERED** to conduct a hearing to determine whether the State's notes were actually tendered to the trial court under seal, and if so, to transmit to this Court, within **THIRTY DAYS** of this order, a supplemental reporter's record that includes these notes. The supplemental record may be filed under seal. If the notes were not tendered to the trial court, the trial court should so advise this Court.

The trial court is **FURTHER ORDERED** to determine, at the hearing referenced above, whether a pretrial hearing was conducted on or about May 11, 2011, and if so, (1) whether the

court reporter preserved her notes on such hearing, (2) whether there was a request to transcribe the hearing, and (3) whether the hearing was in fact transcribed. If the hearing was transcribed, the court shall transmit to this Court, within **THIRTY DAYS** of this order, a supplemental reporter's record containing the transcription of the May hearing. If the hearing was not conducted, the court reporter's notes are not available or the hearing was not transcribed, the trial court should so advise this Court.

On the Court's motion, the appeal is **ABATED** to allow the trial court to comply with this order. We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Judge Jeanine Howard, Presiding Judge, Criminal District Court Number 6, Dallas County, Texas, and to counsel for all parties.

/s/    KERRY P. FITZGERALD
JUSTICE